**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00389-CR**
_____

**JAMES ANDREW FLYGARE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 22-05-05814-CR**

**MEMORANDUM OPINION**

Appellant James Andrew Flygare has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2(a). A request to dismiss the appeal is signed by the Appellant personally and the motion to dismiss is joined by counsel of record. No opinion has issued in this appeal.

1

The motion is granted, and the appeal is therefore dismissed. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 7, 2024
Opinion Delivered May 8, 2024
Do Not Publish

Before Golemon, C.J., Horton and Wright, JJ.